IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EVAN L. CAINE                                                                                                PLAINTIFF

VS.                                                                              CAUSE NO. 1:18-CV-143-SA-RP

COLUMBUS MUNICIPAL SCHOOL DISTRICT                     DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the insurer for Columbus Municipal School District and Plaintiff Evan L. Caine have compromised and settled this case and, for that reason, any and all claims by or on behalf of Evan L. Caine in this action against Defendant Columbus Municipal School District are hereby dismissed *with prejudice* with each party to bear their own attorneys' fees and costs.

SO ORDERED, this the 25th day of June, 2019.


                                                              /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

/s/Ron L. Woodruff
Attorney for Plaintiff

/s/Berkley N. Huskison
Attorney for Defendant